

JTW: 10/19.21
MD/KYO/2019R00873

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG 21cr456 |
| v. | * | |
| | * | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 18 U.S.C. 2461(c)) |
| CHRISTIAN BARRETT, | * | |
| Defendant. | * | |

***

## INDICTMENT

### COUNT ONE
### Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges that:

On or about March 1, 2021, in the District of Maryland, the defendant,

**CHRISTIAN BARRETT,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, one Glock 23 .40 caliber bearing serial number BGHA616 and 14 rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. §§ 922 (g)(1)



## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction.

### Firearms Forfeiture

3. Pursuant to Title 18, United States Code, Section 924(d), upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. one Glock 23 .40 caliber bearing serial number BGHA616; and

   b. 14 rounds of .40 caliber ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Erek L. Barron* /s/
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**     Date: 11/18/2021

Foreperson

2